## United States Bankruptcy Court
**Northern District of Illinois, Eastern Division**

| | | |
|---|---|---|
| IN RE:   Brandon McClelland | ) | Chapter 13 |
| | ) | Case No. 18 B 31161 |
| Debtor(s) | ) | Judge Deborah L. Thorne |

## Notice of Motion

Brandon McClelland
9330 S. Essex
Chicago, IL 60617

Debtor Attorney: David M Siegel
via Clerk's ECF noticing procedures

On November 06, 2019 at 9:00 am, I will appear at the location listed to the right, and present this motion.

> Dirksen Federal Building
> 219 South Dearborn
> Courtroom 613
> Chicago, IL 60604

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail or by the methods indicated on or before Wednesday, October 16, 2019.

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE

---

## Motion to Dismiss Case for Failure to Make Plan Payments

Comes now Marilyn O. Marshall, Standing Trustee, and requests that this case be dismissed, pursuant to 11 U.S.C. §1307 [c] [6], stating:

On November 05, 2018, the debtor filed a petition under Chapter 13 of the Bankruptcy Code which was confirmed by the Court on March 20, 2019, for a term of 57 months with payments of $100.00.

| The status of the debtor's plan is: | Current Month | Cash Due | Cash Received | Payment Default |
|---|---|---|---|---|
| | 11 | $1,300.00 | $1,000.00 | $300.00 |

A summary of the 12 most recent receipt items is set forth below:

Report Date: 10/15/2019
Due Each Month: $100.00
Next Pymt Due: 11/05/2019

| Date | Ref Num | Amount | Date | Ref Num | Amount |
|---|---|---|---|---|---|
| 12/17/2018 | 2083121 | $150.00 | 02/22/2019 | 273211 | $150.00 |
| 03/25/2019 | 195114 | $180.00 | 04/22/2019 | 18298 | $50.00 |
| 05/06/2019 | 18311 | $50.00 | 05/20/2019 | 18325 | $50.00 |
| 07/01/2019 | 18373 | $50.00 | 07/15/2019 | 18402 | $50.00 |
| 08/02/2019 | 18423 | $50.00 | 08/12/2019 | 18436 | $50.00 |
| 08/26/2019 | 18455 | $50.00 | 10/07/2019 | 202139 | $120.00 |

WHEREFORE, the Trustee prays that this case be dismissed, and for any and all other relief this court deems just and proper.

Office of the Chapter 13 Trustee
224 S Michigan Ave
Ste 800
Chicago, IL 60604
(312)431-1300

/s/ MARILYN O. MARSHALL

MARILYN O. MARSHALL, TRUSTEE